IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-13993<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Albert Berry, III** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| SONGGO | 2 |
| wenhuayuanyhw | 18 |
| xinliautoparts | 24 |
| ZeyouCommerce | 42 |
| ZiyuCommerce | 54 |
| yuanpingshiweiguangshangmaoyouxiangongsi | 36 |
| stayone-auto-part | 71 |
| super2017-parts | 73 |
| superauto-parts1 | 75 |

Dated this 11th day of December 2025.

Respectfully submitted,

<u>/s/ Berel Y. Lakovitsky</u>
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*